IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKEY J. COLLIER,

    Plaintiff,

v.

    Case No. 17-cv-64-wmc

MS. MAASSEN, JOHN DOE, NURSE KOSTHRYZ, NURSE LABARBARA, and NURSE MIDDLETON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered closing this case.

/s/                                                            4/15/2019

Peter Oppeneer, Clerk of Court                  Date